UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN T. HALEY,

        Plaintiff(s),                  CASE NO. 12-mc-50351

v.

                                     HONORABLE AVERN COHN

NOMAD PRESERVATION, INC., et al,

        Defendant(s).
_____/

**ORDER DENYING PLAINTIFF'S MOTION IN THE AID OF EXECUTION (Doc. 4)**

        Plaintiff, proceeding pro se, obtained a default judgment against defendant Hassan A. Dabaja in a state court in Ohio. Part of the judgment required defendant to transfer a 2005 Cadillac to plaintiff. The Cadillac was alleged to be in Michigan. Plaintiff therefore filed this action to certify the Ohio judgment and obtain execution. The judgment was registered and certified in this district. At some point, plaintiff discovered that the Cadillac was eventually sold to a third party individual.

        Now before the Court is plaintiff's motion for aid in execution of the judgment. Plaintiff asks the Court to (1) order the third party individual to turn over the Cadillac to plaintiff and (2) direct defendant to pay damages. Plaintiff provides no authority for his request. Accordingly, the motion is DENIED.

        SO ORDERED.

Dated: June 4, 2012                  s/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Stephen T. Haley, 3867 Medina Road, Suite 320, Akron, OH 44333 and the attorneys of record on this date, June 4, 2012, by electronic and/or ordinary mail.

                                          s/Julie Owens
                                          Case Manager, (313) 234-5160