UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN T. HALEY,

     Plaintiff,

-vs-                                    Case No. 12-50351
                                            Hon: AVERN COHN

NOMAD PRESERVATION, INC., et al.,

     Defendants.

_____/

**MEMORANDUM AND ORDER**

      On March 19, 2012, plaintiff registered a judgment from the Common Pleas Court of Summit County, Ohio, with the Clerk of the Court (Doc. 1). The judgment provides that if a certain Cadillac was not available to satisfy the judgment, Hassan Dabaja is liable to plaintiff in the amount of $26,000.00. The Cadillac is not available (Doc. 7). Hassan A. Dabaja (Dabaja) is therefore a judgment debtor.

      On August 15, 2012, plaintiff filed a paper (Doc. 9) styled:

> Judgment Creditor-Plaintiff Stephen T. Haley's Motion And Notice For Court To Issue "Warrant To Arrest Judgment Debtor" Pursuant To Fed.R.Civ.P. 64, 69 And MCL 600.6075 To 600.6085

      On August 24, 2012, the Court entered an order (Doc. 10) styled:

> Order Granting In Part Plaintiff's Motion And Notice for Court To Issue "Warrant To Arrest Judgment Debtor" Pursuant To Fed.R.Civ.P. 64, 69 And MCL 600.6075 To 600.6085 To Show Cause

The Court, in the order, set Monday, September 10, 2012, at 10:30 am as the date of a show cause hearing.

The Court held the show cause hearing on September 10, 2012.  For the reasons stated by the Court on the record at the hearing, the motion is DENIED.  In the circumstances of this case, there is no basis for arresting Dabaja.

SO ORDERED.


Dated: September 14, 2012                   s/Avern Cohn_____
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 14, 2012, by electronic and/or ordinary mail.

                                             s/Julie Owens_____
                                            Case Manager
                                            (313) 234-5160

2